Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
Michael D. Youril, Bar No. 285591
myouril@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone:    559.256.7800
Facsimile:     559.449.4535

Deanne H. Peterson, Bar No. 147099
dpeterson@co.tulare.ca.us
Kathleen A. Taylor, Bar No. 131100
ktaylor@co.tulare.ca.us
County Counsel, Tulare County
2900 W. Burrel Ave.
Visalia, California 93291
Telephone: 559.636.4950
Facsimile:     559.737.4319

Attorneys for Defendant  COUNTY OF TULARE


David E. Mastagni, Bar No. 204244
Isaac S. Stevens, Bar No. 251245
Ace T. Tate, Bar No. 262015
Mastagni Holstedt
A Professional Corporation
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile:  (916) 447-4614

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY SEGUIN, on behalf of himself and all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE,<br><br>Defendant. | Case No.:  1:16-cv-01262 DAD SAB<br><br>**STIPULATION AND ORDER TO CONTINUE DATE OF SETTLEMENT CONFERENCE**<br><br>Date:       December 1, 2017<br>Time:       1:00 pm<br>Courtroom: 6 |

1

Stipulation and Order to Continue Date of Settlement Conference

8371289.1 TU020-063

Plaintiffs HENRY SEGUIN, ET AL. ("Plaintiffs") and Defendant COUNTY OF TULARE ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed this collective action on August 26, 2016, asserting that Defendant violated the overtime payment provisions of the Fair Labor Standards Act ("FLSA");

WHEREAS, Magistrate Judge Boone's January 19, 2017 Scheduling Order (Dkt. No. 26) scheduled a settlement conference for September 26, 2017, before Magistrate Judge Seng;

WHEREAS, on May 17, 2017, the Court granted the Parties' stipulation for conditional certification and facilitated class notice (Dkt. 32);

WHEREAS, the opt-in period for potential plaintiffs closed on or about September 28, 2017; however, the Parties agreed to permit additional, late opt-ins;

WHEREAS, on September 15, 2017, the Court issued a Minute Order continuing the September 26, 2017 settlement conference to a date to be determined (Dkt. 41);

WHEREAS, the Parties and the Court agreed to reschedule the settlement conference for December 1, 2017 (Dkt. 44);

WHEREAS, Defendant's calculations regarding potential damages are incomplete, and given new issues regarding potential liability, Defendant notified Plaintiffs' counsel on November 28, 2017 that Defendant is not positioned to meaningfully participate in settlement negotiations;

WHEREAS, the Parties have met and conferred and agree that the Parties need additional time to evaluate and investigate the claims in order to meaningfully participate in the settlement conference; and

WHEREAS, the Parties agree it would be more productive for such a settlement conference to take place in late January or February 2018.

NOW THEREFORE, the Parties stipulate as follows:

The settlement conference originally set for December 1, 2017 should be continued to a date in late-January or February 2018, or such later date convenient for the Court.

| | | |
|---|---|---|
| Dated: November 29, 2017 | | LIEBERT CASSIDY WHITMORE |

By:     /S/ Jesse J. Maddox
       Jesse J. Maddox
       Michael D. Youril
       Attorneys for Defendant COUNTY OF TULARE

Dated: November 29, 2017     MASTAGNI HOLSTEDT

By:     /S/ Ace T. Tate
       David E. Mastagni
       Isaac S. Stevens
       Ace T. Tate
       Attorneys for Plaintiffs HENRY SEGUIN, et al.

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

# **ORDER**

Having considered the foregoing Stipulation and Order to Continue Date of Settlement Conference in Case No. 1:16-cv-01262 DAD SAB, the Court refers the parties to the Minute Order at ECF No. 49, continues the December 1, 2017, settlement conference to January 5, 2018 at 1:00 pm in Courtroom 6, in Fresno, and resets the deadline to submit settlement conference statements and file notices of submission of same to seven calendar days prior to the new settlement conference date. In all other respects the proposed Stipulation is denied.

IT IS SO ORDERED.

Dated: November 30, 2017    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704