IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY SEGUIN, on behalf of herself and all similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF TULARE,<br><br>    Defendant. | Case 1:16-cv-01262-DAD-SAB<br><br>**ORDER REGARDING APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE**<br><br>**[COLLECTIVE ACTION]** |

    The Court has carefully reviewed the Settlement Agreement, the Stipulation, supporting Declarations, proposed Order and relevant exhibits. Based upon a review of the record, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

    1.    The Settlement Agreement, which is incorporated herein by reference, is approved as fair, reasonable and just in all respects as to the Plaintiffs, and the Parties shall perform the Settlement Agreement in accordance with its terms;

    2.    The Court reserves jurisdiction over this Action for the purposes of enforcing the Settlement Agreement;

    3.    The Court has made no findings or determination regarding the law, and this Stipulation and Order and any exhibits and any of the other documents or written materials prepared in conjunction with this Stipulation and Order shall not constitute evidence of, or any admission of, any violation of the law;

4. This Action is hereby dismissed with prejudice. The Clerk shall close this file.

IT IS SO ORDERED.

Dated: March 2, 2018 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE